UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In Re:  MICHAEL DAVID BROOKS, | Case No.  13-31364-RLD13 |
|---|---|
| Debtor(s). | OBJECTION TO CONFIRMATION AND MOTION TO DISMISS |

The United States of America, a creditor herein, acting by and through its undersigned counsel, objects to confirmation of the debtor's plan and moves the court for an order dismissing this case, for the following reasons:

1. The Internal Revenue Service (IRS) has searched its records and found no record of the filing of certain returns, as follows:

| Year/Period | Form/Type of Tax |
|---|---|
| 2006; 2007; 2011; 2012 | 1040 |

2. All returns required for pre-petition periods must be filed prior to plan confirmation. The United States objects to confirmation of the plan until the required returns are filed, and for at least 30 days thereafter, so the IRS may properly determine the amount and status of any tax claims and whether the plan provides proper treatment.

Dated:  04/18/2013

/s/ Aimee R. Lobo-Berg
AIMEE R. LOBO-BERG #036124
Special Assistant U.S. Attorney
620 S.W. Main, Room 312
Portland, Oregon  97205
Tel. No. (503) 415-8809

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT the hearing on the above objection and motion will be held at the confirmation hearing scheduled by the court.

Dated:  04/18/13

/s/ Aimee R. Lobo-Berg
AIMEE R. LOBO-BERG #036124
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing OBJECTION TO CONFIRMATION AND MOTION TO DISMISS was made on  04/18/2013 , by mailing a true copy addressed to the following, except those designated as receiving ECF notice, who will be served electronically by ECF:

Michael David Brooks
27120 SE Hwy 212
Boring, OR 97009          Debtor(s).

| George Hoselton, Attorney for Debtor(s) | ECF Only |
| Wayne Godare, Trustee | ECF Only |
| US Trustee, Portland | ECF Only |

Dated:  04/18/2013

/s/ Aimee R. Lobo-Berg
AIMEE R. LOBO-BERG #036124
Special Assistant U.S. Attorney