Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case |
| | ) No. 13-31364-rld13 |
| MICHAEL DAVID BROOKS, | ) |
| | ) ORDER DENYING MOTION TO |
| | ) AVOID WHOLLY UNSECURED |
| Debtor. | ) LIEN (PNC Bank) |

Based upon the record of hearing held July 24, 2013, on the Motion to Value Property and Avoid Wholly Unsecured Lien ("Motion") (Docket No. 24) filed by debtor, it is

ORDERED that the Motion hereby is DENIED.

###

cc: George Hoselton, Esq.
PNC Bank
Wayne Godare, Trustee

Page 1 - ORDER DENYING MOTION TO AVOID WHOLLY UNSECURED LIEN (PNC Bank)