Wayne Godare
Chapter 13 Bankruptcy Trustee
222 S.W. Columbia Street, Suite 1700
Portland, OR 97201
503.972.6300

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 313-31364-PCM13 |
| | ) | |
| MICHAEL D BROOKS | ) | 10 DAY NOTICE OF DEFAULT |
| | ) | UNDER CHAPTER 13 PLAN |
| Debtor(s). | ) | |

Wayne Godare, Chapter 13 Bankruptcy Trustee ("Trustee"), represents as follows:

1. On November 7, 2014 this court entered a Strict Compliance Order requiring the debtor(s) to make regular plan payments for a period of six months beginning November 2014. The Order stated that should debtor(s) fail to make the required payments the Trustee is required to give debtors and debtors' counsel 10 days notice prior to filing the *Statement of Failure to Comply*.
2. The debtor(s) have failed to make their regular plan payments for **November 2014 and December 2014** as required by the Order.

**DATED: January 15, 2015**            /s/ Wayne Godare
                                       Chapter 13 Trustee

**NOTICE IS HEREBY GIVEN THAT**, within ten (10) days of the date above, the debtor(s) must EITHER:

1. Bring the Plan payments completely current; **OR**
2. File a written request for hearing using LBF 1366.3 SETTING FORTH THE SPECIFIC GROUNDS THEREFORE, <u>AND</u> serve a copy upon Trustee.

If the debtor(s) fail to comply with the requirements set out in either points 1 or 2, the Trustee will request the Court to enter an Order dismissing the case without further notice or hearing upon the filing by Trustee of a statement that the debtor(s) failed to comply.

(4/1/09)